# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| IN RE:<br><br>FIBRANT, LLC, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 18-10274 (SDB)<br><br>(Jointly Administered) |
| FIBRANT, LLC, EVERGREEN NYLON RECYCLING LLC, FIBRANT SOUTH CENTER, LLC, GEORGIA MONOMERS COMPANY, LLC, CHEMICAINVEST HOLDING, B.V., and AUGUSTA LIQUIDATIONS, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>ACE PROPERTY & CASUALTY INSURANCE COMPANY, a corporation, UNITED STATES FIRE INSURANCE COMPANY, a corporation, CENTURY INDEMNITY COMPANY, a corporation, ADMIRAL INSURANCE COMPANY, a corporation, MT. MCKINLEY INSURANCE COMPANY, a corporation, COLUMBIA CASUALTY COMPANY, a corporation, CONTINENTAL CASUALTY COMPANY, a corporation, THE CONTINENTAL INSURANCE COMPANY, a corporation, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, a corporation, CERTAIN LONDON MARKET COMPANIES, corporations, STARR INDEMNITY & LIABILITY COMPANY, a corporation, BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY, a corporation, FIRST STATE INSURANCE COMPANY, a corporation, ALBA GENERAL INSURANCE COMPANY LIMITED, a corporation, THE DOMINION INSURANCE COMPANY LIMITED, a corporation, EXCESS INS. CO. TO HFPI LTD., a corporation, ASSICURAZIONI GENERALI SPA, a corporation, HELVETIA ACCIDENT SWISS INSURANCE | Adversary Proceeding<br><br>No. 19-01016 (SDB) |

COMPANY LIMITED, a corporation, LONDON AND EDINBURGH GENERAL INSURANCE COMPANY LIMITED, a corporation, RIVER THAMES INSURANCE COMPANY LIMITED, a corporation, STRONGHOLD INSURANCE COMPANY LIMITED, a corporation, HARPER INSURANCE LTD., a corporation, ARGONAUT NORTHWEST INSURANCE COMPANY, a corporation, DELTA-LLOYD NON-LIFE INSURANCE COMPANY LIMITED, a corporation, NATIONAL CASUALTY COMPANY, a corporation, NATIONAL CASUALTY COMPANY OF AMERICA LIMITED, a corporation, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a corporation, LEXINGTON INSURANCE COMPANY, a corporation, THE NORTH RIVER INSURANCE COMPANY, a corporation, HOME INSURANCE COMPANY, a corporation, ALLSTATE INSURANCE, a corporation, PROTECTIVE NATIONAL INSURANCE COMPANY, a corporation, ZURICH INTERNATIONAL, a corporation, LIBERTY MUTUAL, a corporation,

    Defendants.

## JOINT STATUS REPORT

This adversary proceeding is a declaratory judgment action in which the Plaintiffs seek a determination regarding coverage under certain historic insurance policies, issued by the Insurer Defendants,[1] for funding of past and ongoing environmental liabilities. On October 3, 2019, the parties filed a joint motion to stay this action pending the outcome of mediation between the parties. On October 17, 2019, the Court ordered the action stayed. As part of the Court's order, the parties were required to file an initial joint status report on December 16, 2019, and

---

[1] As these terms are defined in the Joint Status Report filed March 19, 2020 (Dkt. 37) and the Complaint for Declaratory Judgment filed in the adversary proceeding (Dkt. 1).

subsequent status reports each 90 days thereafter while the matter is stayed, pending further order of the Court. Plaintiffs and the Defendant Insurers jointly file this status report in compliance with the Court's order and report the following.

As the parties previously advised, Plaintiffs and several of the Insurer Defendants have successfully resolved this matter through mediation. Since the last status report, Plaintiffs and certain Insurer Defendants[2] have agreed in principle to settle and reached concurrence on the form of agreement, while the parties continue to work cooperatively to complete the final documentation memorializing their settlement. As a result, the vast majority of Insurer Defendants have now agreed to a settlement framework.

A consistent part of these resolutions involve the Insurer Defendants' desire to achieve a comprehensive and definitive resolution, which entails the parties presenting the Court with a proposal to establish protective mechanisms to bar future claims against the insurers. Plaintiffs and the settling Insurer Defendants hope to present that proposal to the Court within 30 days (or less) as part of a joint submission that will resolve the adversary proceeding for those settling Insurer Defendants.

---

[2] These new settling Insurer Defendants include the following: Columbia Casualty Company; Continental Casualty Company; The Continental Insurance Company as successor to certain interests of Harbor Insurance Company; Certain Underwriters at Lloyd's, London; Certain London Market Companies (The Edinburgh Assurance Company; World Auxiliary Insurance Company Limited; Accident & Casualty Insurance Company of Winterthur (No. 2A/C); Accident & Casualty Insurance Company of Winterthur (No. 3A/C); New London Reinsurance Company Limited; and The Scottish Lion Insurance Company Limited); Starr Indemnity & Liability Company, formerly known as Republic Insurance Company; and Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall Insurance Company Alba General Insurance Company Limited; The Dominion Insurance Company Limited; Catalina Worthing Insurance Ltd F/K/A Hfpi (As Part Vii Transferee Of (Excess Insurance Company Ltd And/Or London & Edinburgh Insurance Company Ltd As Successor To London & Edinburgh General Insurance Company Ltd)); Assicurazioni Generali Spa (Uk Branch); Helvetia Accident Swiss Insurance Company Limited; London And Edinburgh General Insurance Company Limited; River Thames Insurance Company Limited; Harper Insurance Ltd F/K/A Turegum Ins Co; Argonaut Northwest Insurance Company; Argonaut Northwest Insurance Company; Delta-Lloyd Non-Life Insurance Company Limited; National Casualty Company; National Casualty Company Of America Limited.

The mediator, Tim Gallagher of the Gallagher Law Group, continues to facilitate settlement discussions among Plaintiffs and the two remaining non-settling Insurer Defendants. Those discussions remain productive and are reaching their conclusion. The parties will soon be able to determine whether settlements can be agreed upon with the remaining Insurer Defendants (which remains Plaintiffs' expectation and goal). In the event settlement cannot be reached with one or more of the remaining Insurer Defendants, Plaintiffs will inform the Court and the parties will confer regarding lifting the stay to efficiently resolve the remaining disputes.

The parties respectfully submit this joint status report to the Court. Absent further direction by the Court, within thirty days the parties will submit the next report and/or file a motion with the Court including the proposal and relief requested that will resolve the adversary proceeding for those settling Insurer Defendants. Plaintiffs are also prepared to provide an interim report if there is progress with the two remaining non-settling Insurer Defendants.

Date: December 7, 2022          Respectfully submitted,

/s/ Brook B. Roberts
Brook B. Roberts*
Steven Lesan*
*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
E-Mail: Brook.Roberts@lw.com
*admitted pro hac vice*


/s/ Matthew Levin
Matthew Levin
Georgia Bar No. 448270
*Attorneys for ChemicaInvest Holding, B.V*

SCROGGINS & WILLIAMSON, PC
4401 Northside Parkway

Suite 450
Atlanta, Georgia 30327
Telephone: (404) 893-3880
E-Mail: mlevin@swlawfirm.com

*/s/ Frank J. Perch, III*
Frank J. Perch, III
Georgia Bar No. 142225
*Attorneys for ACE Property & Casualty Insurance Company, United States Fire Insurance Company (with respect to policies GLA 284022 and GLA 540 0797517) and Century Indemnity Company*

WHITE AND WILLIAMS LLP
1650 Market Street, Suite 1800
Philadelphia, PA  19103
Phone:  (215) 864-6273
E-Mail: perchf@whiteandwilliams.com

*/s/ Thomas W. Tucker*
Thomas W. Tucker
Georgia Bar No. 717975
*Attorneys for Columbia Casualty Company; Continental Casualty Company; The Continental Insurance Company as successor to certain interests of Harbor Insurance Company; Certain Underwriters at Lloyd's, London; Certain London Market Companies (The Edinburgh Assurance Company; World Auxiliary Insurance Company Limited; Accident & Casualty Insurance Company of Winterthur (No. 2A/C); Accident & Casualty Insurance Company of Winterthur (No. 3A/C); New London Reinsurance Company Limited; and The Scottish Lion Insurance Company Limited); Starr Indemnity & Liability Company, formerly known as Republic Insurance Company; and Berkshire Hathaway Specialty Insurance Company, formerly known as Stonewall Insurance Company*

TUCKER LONG, P.C.
Post Office Box 2426
Augusta, Georgia 30903
Telephone: (706) 722-0771
E-Mail: ttucker@tuckerlong.com

5

/s/ Kenan G. Loomis
Kenan G. Loomis
Georgia Bar No. 457865
*Attorney for Defendant Employers Insurance of Wausau, A Mutual Company (mistakenly identified as Liberty Mutual)*

COZEN O'CONNOR
1230 Peachtree Street, N.E.
The Promenade, Suite 400
Atlanta, GA 30309
Telephone: (404) 572-2028
Email: kloomis@cozen.com


/s/ John C. Bonnie
John C. Bonnie
Georgia Bar No. 067540
*Attorneys for National Union Fire Insurance Company of Pittsburgh, Pa., Lexington Insurance Company*

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC
3344 Peachtree Road, N.E., Suite 2400
Atlanta, Georgia 30326
Telephone: (404) 876-2700
E-Mail: jbonnie@wwhgd.com


/s/ Gail Podolsky
Gail Podolsky
Georgia Bar No. 142021
Christopher Freeman
*Attorney for Defendants United States Fire Insurance Company, Mt. McKinley Insurance Company, and The North River Insurance Company*

CARLTON FIELDS
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-2714
E-Mail: gpodolsky@carltonfields.com

6

*/s/ Randolph Frails*
Randolph Frails
Georgia Bar No. 272729
*Attorneys for First State Insurance Company*

RANDOLPH FRAILS, PC
211 Pleasant Home Rd, Ste A-1
Augusta, GA 30907
Telephone: (706) 855-6715
E-Mail: randyfrails@frailswilsonlaw.com


*/s/ David M. Stewart*
David M. Stewart
Georgia State Bar No.: 142029
Kenneth D. Crowder
Georgia State Bar No.: 123985
Attorneys for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company

CROWDER STEWART LLP
540 James Brown Boulevard
Post Office Box 160
Augusta, Georgia 30903
Telephone: (706) 434-8799
E-Mail david@crowderstewart.com
ken@crowderstewart.com

*/s/ Jay Michael Barber*
Jay Michael Barber
GA Bar No. 036823
*Attorneys for Admiral Insurance Company*

LITCHFIELD CAVO, LLP
2100 Riveredge Parkway, Suite 1200
Atlanta, Georgia 30328
Telephone: (770) 628-7111
E-mail: barber@litchfieldcavo.com


*/s/ Taylor Bryant Walker*
Taylor Bryant Walker
Georgia Bar No.: 250477

*/s/ Ronald D. Puhala*

Ronald D. Puhala (admitted Pro Hac Vice)
New Jersey Bar No. 043741991

*Attorneys for Alba General Insurance Company Limited; The Dominion Insurance Company Limited; Catalina Worthing Insurance Ltd F/K/A Hfpi (As Part Vii Transferee Of (Excess Insurance Company Ltd And/Or London & Edinburgh Insurance Company Ltd As Successor To London & Edinburgh General Insurance Company Ltd)); Assicurazioni Generali Spa (Uk Branch); Helvetia Accident Swiss Insurance Company Limited; London And Edinburgh General Insurance Company Limited; River Thames Insurance Company Limited; Harper Insurance Ltd F/K/A Turegum Ins Co; Argonaut Northwest Insurance Company; Argonaut Northwest Insurance Company; Delta-Lloyd Non-Life Insurance Company Limited; National Casualty Company; National Casualty Company Of America Limited*

FIELDS HOWELL LLP
1180 W. Peachtree Street NW, Suite 1600
Atlanta, Georgia 30303
Telephone: (404) 214-1250
Email: twalker@fieldshowell.com

FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
40 Wall Street, 54th Floor
New York, NY 10005
Telephone: (201) 663-0024
Email: rpuhala@fgppr.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day electronically file the foregoing **JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to all attorneys of record.

Date: December 7, 2022

/s/ Brook B. Roberts

Brook B. Roberts*
Steven Lesan*
*Attorneys for Plaintiffs*

LATHAM & WATKINS LLP
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
E-Mail: Brook.Roberts@lw.com
E-Mail: Steven.Lesan@lw.com
*admitted pro hac vice*